UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD ERLING KELLY | CIVIL ACTION |
| VERSUS | NO. 20-1677 |
| MARLIN GUSMAN ET AL | SECTION "F" (2) |

**O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** for failure to prosecute pursuant to FED. R. CIV. P. 41(b).

New Orleans, Louisiana, this ____7th____ day of _____October_____, 2020.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE